1310 Twenty-Fifth Avenue • P.O. Box 130 (39502) • Gulfport, MS 39501-1931    www.balch.com



MATTHEW W. MCDADE
t:  (228) 214-0414
f:  (866) 849-8946
e:  mmcdade@balch.com

March 6, 2015

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
VIA U.S. MAIL

Mr. Josh Garza
GAW Miners LLC
1811 Silverside Road
Wilmington, DE  19810

Mr. Josh Garza
GAW Miners LLC
25 Robert Pitt Dr., Suite 204
Monsey, NY  10952

Mr. Josh Garza
GAW Miners LLC
c/o Registered Agent Vcorp Agent Services, Inc.
6917 Wrenwood Drive
Horn Lake, MS  38637

    Re: ***Mississippi Power Company***

Dear Mr. Garza:

   This law firm represents Mississippi Power Company ("MPC") in relation to GAW Miners LLC's ("GAW") account for its facility in Purvis, Mississippi.  Pursuant to that contract for electric service by and between MPC and GAW dated September 29, 2014 (the "Contract"), MPC provided electric service to GAW from October 15, 2014 until January 27, 2015.  On or about January 27, 2015, at the request of GAW, MPC disconnected electric service to GAW's facility located at 117 Central Industrial Row, Purvis, Mississippi, 39475.  As of February 10, 2015, the amount owed by GAW for the electric service provided by MPC pursuant to the Contract is $223,818.61.  *See* final bill enclosed herein as Exhibit "1".  As you can see, of the amount owed on the final bill, $199,832.93 is for past due charges incurred prior to the January, 2015 billing cycle.

   In addition to the electric service provided by MPC under the Contract, MPC incurred additional expenses for the installation of certain transformers required for it to provide electric service to GAW's facility.  The cost for MPC to install the transformers and other equipment associated with providing service to GAW is $49,516.79.  Such amount excludes the actual out-of-pocket cost to purchase the transformers and other equipment.  Therefore, GAW owes MPC an amount not less than $273,335.20.

EXHIBIT "B"

ALABAMA  |  GEORGIA  |  MISSISSIPPI  |  WASHINGTON, DC

Mr. Josh Garza
March 6, 2015
Page 2

MPC hereby demands payment in full for the electric service provided pursuant to the Contract and the cost incurred to install transformers and other equipment to provide service to the GAW facility in Purvis, Mississippi.  Please send payment to my attention in the amount of $273,335.20 within five (5) days from the date of this correspondence.  Failure to make such payment may result in MPC taking any and all necessary legal action to collect the amounts owed by GAW.  By accepting this or any amount, MPC does not waive and specifically reserves all rights and remedies available to it under the Contract and any applicable law.

We look forward to your timely response to this matter.

Sincerely,

BALCH & BINGHAM LLP

Matthew W. McDade

MWM:bhm

cc:     Jonah Dorman
        Samantha Kelley (via email samantha@gawminers.com)

156883.6