

**MISSISSIPPI POWER**
A SOUTHERN COMPANY

| | | |
|---|---|---|
| **Customer Name** GAW MINERS LLC | **Account Number** 14077-50039 | **Delinquent After** Feb 10, 2015 |
| | | **Total Due** $ 223,818.61 |

**Service Address**
117 CENTRAL INDUSTRIAL ROW

**Service Period**
Jan 1, 2015 - Jan 23, 2015

**Final Bill**
This is your final bill.

**Payments Since Last Billing**

| Payment Received | No Payment Received | - 0.00 |
|---|---|---|

**Billing Summary**

| Past Due Electric Service | $ 199,832.93 |
|---|---|
| Past Due Late Payment Charge - Electric | $ 1,365.02 |
| Current Electric Service | +72,620.66 |
| Credit | -50,000.00 |

**Contact Us** 24 hours a day, 7 days a week
mississippipower.com

| **Account Number** 14077-50039 | **Web Access Code** 885772 |
|---|---|
| **Customer Service** 1-877-656-1836 | **Power Outage Reporting** 1-800-487-3275 |

**Payment Options**
**Online** Just visit mississippipower.com/mypayment
Login to your account using the following:
Account number: 14077-50039
Web access code: 885772

**By Mail**
Mississippi Power Payments
PO Box 245
Birmingham, AL 35201-0245

**Local Office** The Mississippi Power local office for your service address is:
135 Front Street
Purvis, MS 39475

*For current billing details, turn page over*

---

14077-50039 09

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**Account Number** 14077-50039

**Final Bill**

**MISSISSIPPI POWER**
A SOUTHERN COMPANY
PO Box 160
Purvis, MS 39475-0160

| **Delinquent After** | Feb 10, 2015 |
|---|---|
| **Total Due** | $ 223,818.61 |

☐ Correct phone number and email? Details on back.

041407750039420022381861001511979500000000000000000000

Mail To:
PO BOX 245
BIRMINGHAM AL
35201-0245

GAW MINERS LLC
34 E DUDLEY TOWN RD
BLOOMFIELD CT 06002

EXHIBIT "1"

**Total Due Summary**

| Elec Service | 72,620.66 |
|---|---|
| Prev Service | 149,832.93 |
| Prev Late Pymt Chg | 1,365.02 |
| **Total Due** | **$ 223,818.61** |

09



| Customer Name | Account Number | Delinquent After | Feb 10, 2015 |
|---|---|---|---|
| GAW MINERS LLC | 14077-50039 | Total Due | $ 223,818.61 |

## Current Electric Service - General Service

| Service Period | Meter # | Reading Type | Meter Reading Current | - | Previous | x | Constant | = Usage |
|---|---|---|---|---|---|---|---|---|
| Dec 31 - Jan 23 | 742255 | Tot kWh | 0 | | 0 | | 1 | 700,052 |
| | | Pk kW | 0 | | | | 1 | 2,216 |

**Billing Period**
Jan 1, 2015 - Jan 23, 2015

Rate Contract
Contract Demand - Contract Demand: 3000

| | | |
|---|---|---|
| Base Charge | | $ 23.92 |
| Energy Charge | 339934 KWH x 0.000000 | 0.00 |
| Energy Charge | 14956 KWH x 0.061300 | 916.80 |
| Energy Charge | 339934 KWH x 0.018920 | 6,431.55 |
| Energy Charge | 324978 KWH x 0.041900 | 13,616.58 |
| Energy Charge | 20184 KWH x 0.006270 | 126.55 |
| Energy Charge KRF | 339934 KWH x 0.000000 | 0.00 |
| Energy Charge KRF | 14956 KWH x 0.019300 | 288.65 |
| Energy Charge KRF | 339934 KWH x 0.011550 | 3,926.24 |
| Energy Charge KRF | 324978 KWH x 0.017160 | 5,576.62 |
| Energy Charge KRF | 20184 KWH x 0.011720 | 236.56 |
| Demand | 2216.00 KW x 1.035450 | 2,294.56 |
| Demand KRF | 2216.00 KW x 1.073800 | 2,379.54 |
| Fuel Charge | 700052 KWH x 0.039877 | 27,915.97 |
| AdValorem Tax Adjustment | 700052 KWH x 0.002781 | 1,946.84 |
| Energy Efficiency Cost Recovery | 700052 KWH x 0.000504 | 352.83 |
| Environmental Cost | 700052 KWH x 0.002596 | 1,817.33 |
| System Restoration Rider | | 0.00 |
| State Bond Restoration Charge | | 19.54 |
| Regulatory Tax Recovery | | 0.97 |
| Mississippi State Sales Tax | | 4,749.61 |

**Total Current Electric Service   $ 72,620.66**

*This is a prorated bill.*

**Convenient Payment Programs**

**Budget Billing**  Avoid peaks in your power bill. We will average your power bill over 12 months, so you will pay roughly the same amount each month. To sign up, call 1-800-532-1502 or visit mississippipower.com/budgetbilling

**Paperless Billing**  Pay your electric bill with a mouse click. It's quick, easy, and convenient. To sign up, call 1-800-532-1502 or visit mississippipower.com/paperless

**Auto Pay**  Save time and effort. Auto pay is a free bill payment option—you can authorize your bill amount to be automatically debited from your checking or savings account. To sign up, call 1-800-532-1502 or visit mississippipower.com/autopay

**Credit Card**  Credit card payments are only accepted through BillMatrix, an authorized independent automated payment service. BillMatrix is not affiliated with Mississippi Power or Southern Company, and a service fee will be charged to handle the payment. To pay by phone: 1-800-834-2073 or visit our website and select Pay My Bill for the credit card option.

**Consumer Check Conversion** - When you pay your bill by check, you authorize us to make a one-time electronic debit from your banking account.

**Do we have your correct primary phone number and email?**

**Why?** When you call to report a power outage, our automated systems identify your address by your phone number. We may occasionally want to contact you via email with important information.

**If your phone number or email address has changed, please update our records in the box below and mark the box on the front of the stub if you have entered a correction.**

Primary Phone Number on file: **601-602-9061 at 117 CENTRAL INDUSTRIAL ROW**

Email Address