## IN THE SOUTHERN DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

**MISSISSIPPI POWER COMPANY**                                      **PLAINTIFF**

**VERSUS**                              **CAUSE NO. 2:15-cv-00050-KS-MTP**

**GAW MINERS, LLC**                                                **DEFENDANT**

## NOTICE OF APPEARANCE

COMES NOW the undersigned, and gives notice of his appearance as counsel for Plaintiff, Mississippi Power Company:

    Paul J. Delcambre, Jr. (MS Bar No. 6034)
    BALCH & BINGHAM LLP
    1310 Twenty Fifth Avenue
    Gulfport, MS 39501
    Telephone: (228) 864-9900
    Facsimile: (228) 864-8221
    pdelcambre@balch.com

The undersigned requests that all pleadings, motions, and other papers filed with the Court, and all notices from the Court or the Clerk, be served on him at the address or email address shown above.

Respectfully submitted, this 13th day of April, 2015.

                MISSISSIPPI POWER COMPANY

                BY:    Balch & Bingham LLP

                BY:    *s/ Paul J. Delcambre, Jr.*
                          Of Counsel

158392.1

BEN H. STONE (MS Bar No. 7934)
PAUL J. DELCAMBRE, JR. (MS Bar No. 6034)
MATTHEW W. MCDADE (MS Bar No. 103207)
Balch & Bingham LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221
bstone@balch.com
pdelcambre@balch.com
mmcdade@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 13th day of April, 2015.

                                          *s/ Paul J. Delcambre, Jr.*
                                             Of Counsel