AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-50-KS-MTP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  GAW Miners, LLC c/o VCORP Agent Service, Inc.
was received by me on *(date)*  5/9/2015  .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Lester Briney  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Gaw Miner's
6917 Wrenwood Place Dr. Horn Lake, Ms 38637  on *(date)*  5/11/2015  ;@ 9:10 am

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  5/11/2015

_____Katrena Rucker_____
Server's signature

_____Katrena Rucker_____
Printed name and title

**Quantum Process**
416 Pittman Rd.
Ellisville, MS 39437
(601)752-3503

Server's address

Additional information regarding attempted service, etc:

47535

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

MISSISSIPPI POWER COMPANY )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:15cv50KS-MTP
)
GAW MINERS, LLC )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GAW Miners, LLC
Through its Registered Agent
VCORP Agent Service, Inc.
6917 Wrenwood Drive
Horn Lake, MS 38637

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ben H. Stone
Paul J. Delcambre
Matthew W. McDade
Balch & Bingham LLP
1310 25th Avenue
Gulfport, MS 39501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: APR 0 8 2015       D. McClintory, D.C.
*Signature of Clerk or Deputy Clerk*