IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MISSISSIPPI POWER COMPANY**                           **PLAINTIFF**

**VERSUS**                           **CAUSE NO. 2:15-cv-00050-KS-MTP**

**GAW MINERS, LLC**                           **DEFENDANT**

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

TO:    CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, EASTERN DIVISION

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff, Mississippi Power Company, hereby requests that the Clerk enter default in this matter against Defendant, GAW Miners, LLC, in the above-entitled action for failure to plead, answer or otherwise defend as set out in the Affidavit attached hereto as Exhibit "A".

Respectfully submitted, this 17th day of June, 2015.

                                       MISSISSIPPI POWER COMPANY

                                       BY:    BALCH & BINGHAM LLP

                                       BY:    /s/ *Matthew W. McDade*
                                                       Of Counsel

BEN H. STONE (MS Bar No. 7934)
PAUL J. DELCAMBRE, JR. (MS Bar No. 6034)
MATTHEW W. MCDADE (MS Bar No. 103207)
Balch & Bingham LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221
bstone@balch.com
pdelcambre@balch.com
mmcdade@balch.com

159999.1                              1

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the ECF system.

This the 17th day of June, 2015.

          /s/ *Matthew W. McDade*
          Matthew W. McDade