IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MISSISSIPPI POWER COMPANY**                                    **PLAINTIFF**

**VERSUS**                                    **CAUSE NO. 2:15-cv-00050-KS-MTP**

**GAW MINERS, LLC**                                    **DEFENDANT**

### AFFIDAVIT

**STATE OF MISSISSIPPI**

**COUNTY OF HARRISON**

**BEFORE ME,** the undersigned notary public, personally came and appeared **MATTHEW W. McDADE,** who, after being duly sworn under oath, did state:

1. I am the attorney of record for Plaintiff, Mississippi Power Company, and I have personal knowledge of the matters attested to herein;

2. Defendant, GAW Miners, LLC, was personally served with a copy of the Summons and Plaintiff's Complaint by and through its agent for service of process, Lester Briney, on May 11, 2015.

3. Defendant, GAW Miners, LLC has failed to answer or otherwise defend as to the Plaintiff's Complaint, or serve a copy of an answer or any other defense which it might have upon the undersigned attorney of record for the Plaintiff.

4. This Affidavit is executed by affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling Plaintiff to obtain an entry of default against Defendant, GAW Miners, LLC, for failure to answer or otherwise defend as to the Plaintiff's Complaint.

159998.1

EXHIBIT "A"

The above and foregoing is true and correct to the best of my knowledge, information and belief.

_____  
MATTHEW W. McDADE  
Attorney for Plaintiff

6/17/15  
DATE

Sworn to and subscribed before me this 17th day of June, 2015.

_Martha Katherine Murray_  
Notary Public

My Commission Expires:

