UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MISSISSIPPI POWER COMPANY                                    PLAINTIFF

v.                                          CIVIL ACTION NO. 2:15-cv-50-KS-MTP

GAW MINERS, LLC                                              DEFENDANT

### CLERK'S ENTRY OF DEFAULT

I HEREBY CERTIFY that GAW Miners, LLC, Defendant, is in default for failure to appear, plead or otherwise defend in the above entitled action as appears in the records of this office.

This the 22nd day of June, 2015.

ARTHUR JOHNSTON
Clerk of Court
United States District Court
for the Southern District of Mississippi

BY: /s/ Demetrice McClinton
Deputy Clerk