**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**MISSISSIPPI POWER COMPANY**                                                **PLAINTIFF**

**VERSUS**                                                **CAUSE NO. 2:15-cv-00050-KS-MTP**

**GAW MINERS, LLC**                                                **DEFENDANT**

## JUDGMENT BY DEFAULT

THIS ACTION came on for consideration on the *ore tenus* Motion of the Plaintiff, Mississippi Power Company, for a Default Judgment pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and Defendant, GAW Miners, LLC ("Defendant"), having been duly served with a Complaint, and not being an infant or unrepresented incompetent person and having failed to plead or otherwise defend and default having been duly entered by the Clerk and Defendant having taken no proceedings since such default was entered; it is therefore,

ORDERED and ADJUDGED that Plaintiff, Mississippi Power Company, shall have and recover from Defendant, GAW Miners, LLC, judgment in the sum of Three Hundred Forty-Six Thousand Six Hundred Forty-Seven and 29/100 Dollars ($346,647.29) together with interest on said sum at the legal rate per annum from the date of Judgment until paid in full and for all of which let execution issue.

ORDERED AND ADJUDGED ON THIS, the 10th day of August , 2015.

*s/Keith Starrett*
U.S. DISTRICT COURT JUDGE

PREPARED AND PRESENTED BY:

BEN H. STONE (MS Bar No. 7934)
PAUL J. DELCAMBRE, JR. (MS Bar No. 6034)
MATTHEW W. MCDADE (MS Bar No. 103207)
Balch & Bingham LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221
bstone@balch.com
pdelcambre@balch.com
mmcdade@balch.com